**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1641**

---

LOUISE BERRY, on behalf of Dallas Berry,

                                        Petitioner,

        versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

                                        Respondent.

---

On Petition for Review of an Order of the Benefits Review Board.
(01-0854-BLA)

---

Submitted:  October 10, 2002          Decided:  October 16, 2002

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Louise Berry, Petitioner Pro Se.  Patricia May Nece, Timothy S.
Williams, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Louise Berry seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Berry v. Director, Office of Workers' Comp. Prog., No. 01-0854-BLA (BRB May 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED